UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At WINCHESTER

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 4:19-cr-20 |
| v. | ) | |
| | ) | Judge Mattice |
| ANTHONY GLENN BEAN and | ) | |
| ANTHONY DOYLE FRANKLIN BEAN, | ) | |

## ENDS OF JUSTICE SCHEDULING ORDER

Defendants Anthony Glenn Bean and Anthony Doyle Franklin Bean, by and through their counsel, have moved to continue the deadlines previously set in this matter. Defendants' Counsel requests additional time to prepare the defense, to communicate with Defendants, and to review the discovery. The Government does not oppose the motion.

The Court finds that the ends of justice served by permitting this time outweigh the best interests of the Defendants and the public in a speedy trial because failure to grant such time would deny Defendants' attorneys the reasonable time necessary for effective preparation, taking into consideration the attorney's due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, Defendants' Joint Motion for Continuance of Trial Date [Doc. 14] is **GRANTED**, and the following new trial schedule is **ORDERED** for Defendants Anthony Glenn Bean and Anthony Doyle Franklin Bean.

1. All motions shall be filed in this cause no later than **Tuesday, December 31, 2019**. Any motion that requires the resolution of an issue of law must be accompanied

by a supporting memorandum. E.D.TN. LR 7.1. Without such a memorandum, the motion will not be considered by the Court. If either party desires a *Daubert* hearing regarding expert testimony, that party shall notify the Court by **Tuesday, December 31, 2019.**

2. Plea Bargaining shall be concluded by **Tuesday, December 31, 2019** and any written agreement shall be executed by said date.

3. All requests for jury instructions shall be submitted no later than **Monday, January 6, 2020**. A copy of the prepared jury instructions should be sent as an electronic mail attachment in WordPerfect format to mattice_chambers@tned.uscourts.gov.

4. A final pretrial conference shall be held before the United States District Judge at **3:00 p.m. on Monday, January 6, 2020 in Chattanooga, Tennessee**. Prior to the pretrial conference, the parties shall familiarize themselves with the Rules regarding the Jury Evidence Recording System (JERS) *available at* www.tned.uscourts.gov/jers.php. The parties shall disclose to one another and to the Court the technology they intend to use in the courtroom during the trial and how they intend to use it (e.g., display equipment, data storage, retrieval, or presentation devices). This disclosure shall list (1) the equipment the parties intend to bring into the courtroom to use and (2) the equipment supplied by the Court the parties intend to use. Further, the parties shall disclose to one another the content of their electronic or digital materials by the time of the final pretrial conference, and shall confirm the compatibility/viability of their planned use of technology with the Court's equipment by the final pretrial conference. General information regarding equipment supplied by the Court is available on the

Eastern District of Tennessee website (www.tned.uscourts.gov). Specific questions about Court-supplied equipment should be directed to the courtroom deputy (directory available on website).

5. The trial of this case will be held before the United States District Judge and a twelve-person jury beginning on **Tuesday, January 14, 2020** in **Chattanooga, Tennessee.** Counsel shall be prepared to commence trial at **9:00 a.m.** on the date which has been assigned. If this case is not heard immediately, it will be held in line until the following day or any time during the week of the scheduled trial date.

SO ORDERED this 3rd day of September, 2019.

                                            */s/ Harry S. Mattice, Jr.*
                                            HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE

3

Case 4:19-cr-00020-HSM-CHS   Document 15   Filed 09/03/19   Page 3 of 3   PageID #: 41