# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

IN RE:                              )
                                    )
CASE REASSIGNMENTS                  )

Pursuant to 28 U.S.C. § 137 and Rule 25 of the Federal Rules of Criminal Procedure, it is hereby **ORDERED** that the below referenced cases are hereby **REASSIGNED** from the Honorable Harry S. Mattice, United States District Judge, to the Honorable Travis R. McDonough, United States District Judge:

| | |
|---|---|
| 1:12-cr-00129-HSM-SKL | United States v. Welch et al |
| 1:16-cr-00078-HSM-SKL | United States v. Angelo Goldston |
| 1:17-cr-00011-HSM-SKL | United States v. Johnson et al |
| 1:17-cr-00058-HSM-CHS | United States v. Christopher J. Reed |
| 1:18-cr-00005-HSM-CHS | United States v. Deuntae Watson |
| 1:18-cr-00161-HSM-CHS | United States v. Dorsey Eugene McGahee |
| 1:18-cr-00164-HSM-SKL | United States v. Raphael Ar-Rahmaan |
| 1:18-cr-00167-HSM-SKL | United States v. Michael Curtis |
| 1:18-cr-00190-HSM-CHS | United States v. Joshua Griffin |
| 1:19-cr-00021-HSM-SKL | United States v. Omar Alejandro Banue Perez |
| 1:19-cr-00027-HSM-SKL | United States v. Quintez Gearing |

| | |
|---|---|
| 1:19-cr-00050-HSM-SKL | United States v. Thomas Neil Jacobs, Jr. |
| 1:19-cr-00062-HSM-SKL | United States v. Gutierrez et al |
| 1:19-cr-00063-HSM-SKL | United States v. Ricardo Gaspar Tapia |
| 1:19-cr-00066-HSM-SKL | United States v. Kevon Hinton |
| 1:19-cr-00068-HSM-CHS | United States v. Brandon Chase Summey |
| 1:19-cr-00084-HSM-CHS | United States v. Eric Worley |
| 1:19-cr-00085-HSM-CHS | United States v. Omerrieal Woods |
| 1:19-cr-00095-HSM-CHS | United States v. Charles Pipkens |
| 1:19-cr-00097-HSM-CHS | United States v. Jonathan Summers |
| 1:19-cr-00104-HSM-CHS | United States v. Heather Dawn Rock-Campbell |
| 1:19-cr-00108-HSM-CHS | United States v. Brian Beard |
| 1:19-cr-00118-HSM-CHS | United States v. Caleb Darby |
| 1:19-cr-00122-HSM-CHS | United States v. Nicholas Nunley |
| 1:19-cr-00132-HSM-CHS | United States v. Alfred Oliver |
| 1:19-cr-00136-HSM-SKL | United States v. Solomon Crutcher |
| 1:19-cr-00143-HSM-CHS | United States v. Javonte Wynn |
| 1:19-cr-00144-HSM-CHS | United States v. Michael Tigue |
| 1:19-cr-00146-HSM-CHS | United States v. Sadruddin et al |
| 4:01-cr-00010-HSM-CHS | United States v. Simmons, et al |
| 4:10-cr-00002-HSM-SKL | United States v. William E. Norris |
| 4:12-cr-00019-HSM-SKL | United States v. Victor J. Stitt, II |
| 4:18-cr-00006-HSM-CHS | United States v. Corey Carlos Garrett |

| | |
|---|---|
| 4:19-cr-00011-HSM-SKL | United States v. David Conley |
| 4:19-cr-00020-HSM-CHS | United States v. Bean et al |

**IT IS SO ORDERED**.

_____
**CHIEF UNITED STATES DISTRICT JUDGE**