UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:19-cr-20 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| ANTHONY GLENN BEAN and ) | |
| ANTHONY DOYLE FRANKLIN BEAN ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

At the parties' request, the Court convened a status conference in this matter on March 12, 2020. During the conference, the parties agreed that continuing the pretrial deadlines and trial date in this matter is appropriate. Accordingly, the Court hereby **ORDERS** the following schedule:

1. Plea Bargaining shall be concluded by **July 6, 2020**, and any written agreement shall be executed by said date.

2. All requests for jury instructions shall be submitted no later than **July 13, 2020**. The parties shall confer and submit a joint proposal for jury instructions. Before submitting the joint proposal to the Court, the parties must attempt to resolve any disagreements. To the extent there are disagreements as to specific instructions that cannot be resolved, the parties should provide competing instructions in their joint proposal. All jury instructions in the joint proposal, including agreed instructions and competing instructions, shall be supported by citations of authority. A copy of the proposed jury instructions should be sent in Microsoft Word format to **mcdonough_chambers@tned.uscourts.gov**.

3. A final pretrial conference shall be held before the United States District Judge at **3:00 p.m.** on **July 13, 2020**, in Chattanooga, Tennessee. At the final pretrial conference, the parties should be prepared to discuss evidence relating to a crime, wrong, or other act by the defendant, whether that evidence is admissible under Federal Rule of Evidence 404(b)(2), and whether the Government has given appropriate notice. The Government should also be prepared to proffer anticipated testimony and documentary evidence relating to a crime, wrong, or other act by the defendant.

Additionally, at least five days before the final pretrial conference, all parties shall provide a notebook to the Court with exhibits they expect to offer during their cases-in-chief. Each party should also file a written submission advising the Court: (1) how and by whom each document will be authenticated, and (2) the theory of admissibility for the document, with appropriate references to the Federal Rules of Evidence. At the final pretrial conference, the parties should also be prepared to advise the Court whether they intend to offer any out-of-court statements as evidence beyond what is reflected in the exhibit notebook and be prepared to explain why each statement is not barred by the rule against hearsay, the Confrontation Clause, or any other basis.

The parties shall also disclose to one another and to the Court the technology they intend to use in the courtroom during the trial and how they intend to use it (e.g., display equipment, data storage, retrieval, or presentation devices). This disclosure shall list: (1) the equipment the parties intend to bring into the courtroom to use and (2) the equipment supplied by the Court the parties intend to use. Further, the parties shall disclose to one another the content of their electronic or digital materials by the time of the final pretrial conference and shall confirm the compatibility/viability of their planned use of technology with the Court's equipment by the final

2
Case 4:19-cr-00020-TRM-CHS   Document 49   Filed 03/17/20   Page 2 of 3   PageID #: 212

pretrial conference.  General information regarding equipment supplied by the Court is available on the Eastern District of Tennessee website (**www.tned.uscourts.gov**).  Specific questions about Court-supplied equipment should be directed to the courtroom deputy (directory available on website).

5. The trial of this case will be held before the United States District Judge and a twelve-person jury beginning on **July 27, 2020, at 9:00 a.m.** in Chattanooga, Tennessee.  If this case is not heard immediately, it will be held in line until the following day or any time during the week of the scheduled trial date.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**