August 9, 2022

Your Honor,

My name is Felicia Bean. I am Anthony Glenn Bean (Tony Bean) wife. I have known Tony Bean since 2007. I first met Tony Bean at the Grundy County Sheriff's Office while I was completing my internship for Criminal Justice under the administration of the late Sheriff Brent Myers. A year later I would be promoted to Jail Administrator(by Sheriff Myers).

Tony Bean has been in law enforcement for the past 42 years. I have been with Tony for the past 15 of those 42 years. I am Christian and I believe things happen for a reason and I have never questioned that, but I have found it hard to believe that after 42 years of service, Tony Bean became all of the sudden violent to people within only Grundy County. Tony has worked in several different counties and I have yet to hear anything close to Tony being violent to an arrestee or an inmate. Am I saying that Tony has been perfect in those 15years, by no means am I saying that at all. I am not writing this letter to contest anything, but paint a picture of a man that is well respected in the county and even bordering counties. In Tony's line of work he is not ever going to please everyone. He knew that. He also respected every single person that he came into contact with. When Tony spoke, people listened. It did not matter where we were at. While we were at the Wilderness in Pigeon Forge a 4yo came up Tony and asked him, if she could take a picture with him, because she loved police officers. He told the little girl he was honored to do this and the parents later posted the picture. Tony worked Mountaineer Day in Tracy City and he participated in hoola hoop games with the children. Tony worked Juvenile Hunt giveaway every year. He sets up items for juvenile hunters along with others to give out hunting items to all children. Then there are adults, of course. When helping addicts, sometimes it is very difficult to speak to them, because they have no interest in anything you say. I know this because my brother was an alcoholic and we dealt with this daily. Tony has helped males and females get in rehab or Drug Court in order to get themselves back on their feet. There are several success stories to prior inmates and addicts that Tony has helped that still today check on Tony. I could go on and on for days at a time on all the good that Tony has done.



Ex. A

Tony is a very loud person. His voice comes off as scary and sometimes it is intimidating. There has not been one officer or person that he has worked or been around that does not know Tony's voice carries. If Tony was in the room, you knew it. Does this make him a violent person? Of course, not. Does screaming at someone make him a violent person? Of course, not. It is sometimes hard to comprehend some of the things that have taken place over the last few months, but as I have said time and time again; a very few that can be counted on my hand that may talk about Tony in a negative way, he has tripled that by helping people in Grundy County. This is the person that Tony Bean is. Our flesh wants to be angry to what has happened to Tony, BUT GOD, has control of everything. I have and continue to keep faith and no matter what – God is still in control of everything.

In writing this letter I wanted you to see the person that I see and have been with since 2007. I appreciate the opportunity to write this letter about my husband.

Felicia Bean

Tony Bean 's wife

July 25, 2022

Your Honor,

My name is Lindsey King. I am Anthony Glenn Bean (Tony Bean) step daughter. I have known Tony since around 2007. I practically grew up with Tony. Tony is married to my mother, Felicia Bean. I am at awe to things that have happened over the last few years with Tony. Tony has been a really good stepfather to me and my brother. He has never been violent to me. Tony was never the one that when I done wrong, to punish me – it was always my mother. Tony has always been there for me even as an adult. There has never been a time that, if I needed something he was always there for me. I did not have to beg to get help from Tony, he was always ready and willing to help me.

I have been trying for 10years to have a baby with my husband. Tony is a Christian and he has prayed for me and my husband to have a baby. Bless God – I became pregnant a little over 9months ago and just recently gave birth to my daughter. God has a hand in everything with my family. My family prays for everything that they go through. This situation has not dampened their faith, but made it stronger. I have also had the pleasure to work with Tony at Grundy County Jail. He was a pleasure to work for as well as be around all the time at home. Tony has been a law enforcement officer for several years. I have not heard anyone say that Tony has been violent with anyone during those times in law enforcement. I can not say anything negative about Tony. Thank you for your time – Your Honor.

*Lindsey King*, stepdaughter

August 7, 2022

Your Honor,

My dad is a wonderful father and man that I love very much. Growing up there was never a moment he wasn't there. He is a very kind and compassionate man. He would help anyone especially his family. He is also a wonderful grandfather to my kids. My kids love their Papa so much. They enjoy going to Papa's house for the weekend and they always had a great time and they enjoyed going to church on Sunday with Papa and Nana. So please I'm asking from the bottom of my heart not to take a good father and grandfather away from his family. He is very important to his family and we love him very much.

Sincerely,

His Daughter Misty

Re: Anthony Glenn (Tony) Bean

To Whom it May Concern:

As the daughter of Tony Bean I'm writing this letter on behalf of my dad. As a child I have fond memories of my dad always being a shoulder to cry on when things weren't going as planned. My dad was always compationate with my sister and I especially when we needed him most. My letter would be several pages long if I wrote about everything he has done for me throughout my 43 years of life. He has always been there for my 3 children as they would call on him for certain needs and questions. My dad would always have the answers for them. Growing up as a police officers daughter I remember people knocking on our door asking for my dads help and advice on situations that were legal matters. Dad would always come to peoples rescue. I know countless people as I grew older that would figure out who my dad was to me and would always tell me how he "Tony" had helped them in a positive way. Dad has always been in the public eye and has maintained a very good relationship with the public.

With this letter that I'm writing I am asking to please take my letter as a positive affect of the good that my dad has done for people and his community as a public figure.

Thank You
Chrystal Conn
Chrystal Conn

Re: Anthony Glenn (Tony) Bean

To Whom it May Concern:

I'm writing this letter on behalf of my father-in-law "Tony Bean." I've known Mr. Bean for 29 years and have been married to his daughter for 25 of those years. In the years I've grown to know Tony from inside and out. I have learned many things from him that has helped me be a better person. He and I have always been close and I know that if I or my family ever needed anything that he was always just a phone call away. It has greatly sadden my family that we no longer have him to call on. Mr. Bean has helped a lot of people and touched a lot of peoples lives. I've got the privilage of riding with him while he was on duty and I have seen first hand how he has helped people when they are at their lowest. I've talked to several of these people after their encounter with Mr. Bean and how he left a positive affect on them. I really don't know much about the "crime/crimes" that he was convicted of but I'm sure Mr. Bean has sat and thought of what he did wrong and has studied his actions. Myself knowing Mr. Bean I'm pretty positive that he has wondered what he could have done different to defend himself in this situation. As we all are humans and make mistakes especially in the heat of the moment.

To whoever is reading my statement please take this in consideration that he has helped a lot of peoples lives including mine. Thank you for taking the time to read my statement on Mr. Bean's behalf.

Thank You,

Jason Conn

**Patricia Nunley**
PO Box 416
Coalmont, Tn
931-235-8873
pan@benlomand.net

April 7th, 2022

To Whom It May Concern:

This letter is in regards to Anthony (Tony) Bean. I've known Tony for 15+ years. He is my son-in-law. I've always bragged on him being a good person and a good officer. He has a kind heart. This is why I couldn't believe what he was convicted of. And, he was a violent criminal. He goes out of his way to help others, anytime, day or night. He never meets a stranger and is always courteous and respectful to everyone. He understands, things happen and one mistake doesn't make you a bad person. He helps inmates get into rehab and betterment programs, even after they're released from jail. He's provided Christmas for those who would otherwise not have Christmas. For instance, when he was Chief of police in Tracy City, He provided Christmas for a single father of three. The father cried and said, "I didn't know how I was going to give my babies anything for Christmas'. Everyone there cried. But, he was only one of many Tony helped. If Tony knew of someone who didn't have wood for heat, he'd bring them wood (and stack it). Tony would help anyone. He has a kind heart. He doesn't beat people or abuse anyone. This is, totally, out of his character. He goes to church regularly. Participates in the choir. Assists with all activities with his church, sheriffs office and his community. He was responsible for erecting the Teliport, to fly out emergency patients, in Tracy City. I could go on and on about the good things Tony has done. This is why I don't understand how he can be an officer for 42 years and never be charged with being aggressive and, all of a sudden......he's a violent offender. None of the alleged victims testified against him. He was out free for around three years, after being charged, and never showed any aggressive behavior. I'm not sure who will read this letter, or if it will help Tony, but, please understand, Tony does not belong incarcerated. Criminals commit crimes, knowing what the consequences could be if caught. Tony did not commit a crime and does not belong in prison. He is not a criminal. If there is any justice in our court system, he will be released. I keep saying, "God has a plan for him". "Maybe he's there to help someone else." Tony needs us, now. He doesn't belong there. I hope and pray you see it in your heart, this was not right and he doesn't belong there.

Sincerely,   Patricia Nunley