David C. Hodges, CPRS
Grundy Recovery Alliance Community Endeavor
67 Old Highway 56 – Box 307
Coalmont, TN. 37387
May 4, 2022

Honorable Travis R. McDonough
Chief United States District Judge
United States District Court for the Eastern District of Tennessee
900 Georgia Avenue, Room 317
Chattanooga, TN 37402

Dear Honorable Travis R. McDonough:

I am writing you this letter regarding Anthony Glenn Bean (Tony).

Tony and I have known each other since 2010. I have known Tony in the capacity of a coworker and as a friend. During the time that I have worked with Tony, I can tell you that he has been an absolute pleasure to work with. I greatly enjoyed his enthusiasm and utmost professionalism. Tony was always kind to those he worked with. Tony came often to GRACE- the Grundy Recovery Alliance Community Endeavor to volunteer his time working with those that we serve. GRACE serves a population of people that are in or seeking recovery from mental health or substance use disorders. Tony and his wife were instrumental in helping us develop our parents of addicted loved ones program. This support program helps parents and loved ones of addicted individuals cope and heal with their struggles. Tony was able to relate to those parents because of his own lived experience as a parent of a daughter that had struggled with addiction.

When we first opened our center, Tony volunteered and helped us with many various projects, from menial tasks of painting and light construction to facilitating support groups. Tony is a well-known and liked member of our community and people gravitated towards him because of his outgoing and humorous nature. Tony was just fun to be around period. Tony helped us out a lot and his participation at GRACE will be dearly missed.

As a professional, I had the opportunity to work with Tony in the capacity of reserve deputy at the Grundy County Sheriffs Office. Whenever we had trainings, or needed uniforms or equipment, Tony would always take time to call me and include me in the departments in service trainings. That made me feel appreciated and looked after as one of the team. His leadership as Chief Deputy, many would agree, was paramount. I often had the opportunity to work along side of him out in the community. What I saw of his interaction with members of the community was nothing but professional and kind.



There are a few words that I would like to convey to you that describe Tony. Those words are humility, servant, motivator, caring, sincere, collaborative, and genuine.

As a friend, Tony was like a brother to me. I moved to Grundy County from Florida over 15 years ago and sometimes I am still regarded as an outsider. Tony never made me feel that way. He welcomed me to his town and quickly we became friends. I would proudly say that Tony is one of my best friends in the community. We served the community together. He and I share the fact that we are people persons. We love people and love serving them.

I understand that you will be imposing a sentence for Tony soon. I would respectfully ask that you please take these words in consideration when you do.

If you would like additional information about Tony, you can telephone me at 484-885-0381.

Sincerely,

David C. Hodges, CPRS
Executive Director
Grundy Recovery Alliance Community Endeavor