F. Montgomery Adams, Jr.

3220 Spur Road

Decherd, Tennessee 37324

June 6, 2022

Re: Anthony Glenn (Tony) Bean

To Whom it May Concern:

As a professional and personal acquaintance of Tony Bean, I am writing in reference to his good character as a family man and police officer in our community. Having known Tony since the late 1990's when he was the DARE officer at Huntland school, as well as, a Franklin County Sheriff's deputy and I was Franklin County, Tennessee Executive (1998-2006), I can confidently vouch for his character and abilities as he carried out his duties with our county's children. They loved him and his attention to every detail involving DARE during his tenure with this program created a very positive outcome with our communities. Having been able to watch as these same children grew into adults and pursued quality outcomes in their lives is a great testament to Tony's ability to effect a positive influence on peoples lives. It is a fact that the vast majority of this actual group of children learned their DARE lessons well and have mostly avoided the negative outcome of drug abuse.

I am also acquainted with Tony's family and know them to be a tight knit and Christian family unit. I have watched as they have supported Tony through all his current travails and know they remain ready to assist him when all this is behind him.

I am extremely confident that Tony is ready to get back his life. This business he is in right now is completely out of character for him. He is a good and decent man who loves his family and community and wants to rejoin them both and live out his life in peace. It seems to me it is time to put an end to all this and allow Tony Bean, a man who has tended his family well and served his communities in a positive way for many years, to come home in exchange for his time served. If there are lessons to learn here, Tony most surely has learned them and is now ready to peacefully get on with the rest of his life.

Thank you for considering this on behalf of Anthony Glenn (Tony) Bean.

Respectfully,

*Monty Adams*
Monty Adams

Ex. C