Tracy City, TN.
May 7, 2022

You Honor,

I am writing this letter in regard to Anthony Glenn Bean aka Tony. I have known Tony since February of 2010. I met him at the funeral service of his wife's uncle. I was the officiant at this funeral and something I said caught Tony's attention and he decided he wanted to come to church where I pastor. I don't remember how many times that he and Felicia came but one Sunday morning he came to the altar and repented of his sins. Since that time he has been faithful to attend. He, like the rest of us, was not and is not perfect. But he is a good man. If a person needed help then Tony would help if he could. At the time he was chief of police in Tracy. There is a field where the Life Force helicopters would land to pick up sick or injured people who needed a life flight. They just landed in the grass. Then Tony got some folks to come together and donate toward building a helipad complete with lights. It was needed and very much appreciated. Later he became chief deputy in our county. In full disclosure, Sheriff Clint Shrum is my son. I have never been in law enforcement. I would not have been good at it but it has to be done by someone. I think this was a pretty good team. But, like your job, it's going to make some people dislike you intensely especially if things don't go their way. I never get involved with the Sheriff's work except to pray for him and his staff. He, Clint, is also associate pastor at our church, Living Water Independent Church in Tracy. From the time Tony became a part of our church he was an asset. One winter he bought firewood for and old man, Alton Tate, who couldn't afford it. Tony bought it, delivered it, and stacked it for him. That's just who this man is. Once a deer got into the home of William Sanders. Tony was the one who got it out without causing damage to the home or the deer. He is well thought of in our church. But his required him to be stern at times I'm sure. I was never at a scene where he made an arrest but I just can't imagine that a man so willing to help others would just automatically turn into a terror all at once. I have no proof but I believe a person with influence had/has a vendetta against him and it worked. I just want you, and anyone else who is in a position to be merciful to him, that this is a good man. He is assistant choir director in our church. One of his favorite songs is "I now my name is there." While he led us tears of gladness often fill his eyes as he remembers what Jesus has done for him. Often times he could be found at the altar weeping and praying. In closing I'll say that I love him as a brother in the Lord. I would trust this man with my life. He is just

Ex. D

that kind of man. It is my sincere prayer that you will find it in your heart to let him come back to us.

Ralph Shrum,

*Ralph Shrum*

Pastor