**JUDGMENT:** Case No. 4:19-cr-20  USA v. Anthony Glenn Bean

**PRESENT:** Honorable Travis R. McDonough  ☑ U.S. District Judge OR ☐ U.S. Magistrate Judge

| K.Gilbert & A.Manns | A. Peters Davis & R. Leonard | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| DeAndra Hinton | Elizabeth Coffey | |
| Courtroom Deputy | Court Reporter | Interpreter  ☐ SWORN |

**PROCEEDINGS:** ☐ Plea agreement accepted by Court  ☑ PSR guidelines are ☑ accurate ☐ as modified ☑ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
 upward departure: ☐ granted ☐ denied
 non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☐ granted ☐ denied

☑ Deft speaks OR ☐ Deft declines to speak

Document(s) all except PSR  ☑ unsealed ☐ remain sealed

**TESTIMONY BY:** Mr. Ralph Shrum, witness, Mr. John Casey, witness, Mr. Johnny Chesterfield, witness

☐ Exhibits attached to minutes  ☐ Exhibits in vault

**IMPRISONMENT:** 72 MONTHS on COUNT(s) One, Four & Five to run concurrently

**SUPERVISED RELEASE/PROBATION:** 2 YEARS on COUNT(s) One, Four & Five to run concurrently

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☐ report to Probation Officer w/in 72 hrs of release
☑ not commit another federal, state or local crime
☑ abide by standard conditions on Local Rule 83.10
☑ not possess a firearm or other destructive device
☑ not illegally possess or use a controlled substance
☑ participate in collection of DNA
☑ submit to search
☐ perform _____ hours of community service
☐ comply with any BICE deportation orders
☑ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ comply with Local Rule 83.10 - Sex Offender Treatment

☐ pay any financial penalty due
☐ provide Probation Office w/access to any required financial info
☐ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☐ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** 150 hrs. of community service

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** Placement in UNICOR program

**RESTITUTION:**

☐ Interest Waived  ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ OR ☐ Waived  **SPECIAL ASSESSMENT:** $300.00  ☑ Payment due immediately ☐ Interest waived

☑ Court waived fine due to deft's inability to pay  ☑ Deft informed of right to appeal  ☐ Remaining counts dismissed

Deft ☑ remanded to custody of U.S. Marshal  ☐ remained in custody  ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 9:20 to 9:47  Date: 8/26/2022
9:51-11:30  11:49-12:06

Rev. 3/10